IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| JORGE ENRIQUE SALINAS § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-cv-00108 |
| § | |
| R & B EXPRESS, INC., MARIO AROLDO § | |
| SOLARES, and JAMES PRESTON DAVIS § | |
| *Defendants*. § | |

### DEFENDANT MARIO AROLDO SOLARES' NOTICE OF REMOVAL

Pursuant to 28 U.S.C §§ 1332(a), 1441, and 1446, Defendant Mario Aroldo Solares ("Defendant") hereby gives notice of the removal of this cause of action to the United States District Court for the Western District of Texas, Del Rio Division. Defendant states as grounds for removal the following:

### PROCEDURAL STATUS OF THE CASE

1. Plaintiff Jorge Enrique Salinas filed this action in the 293rd Judicial District Court of Maverick County, Texas on October 29, 2024.[1] It carries the case style of Cause No. 24-10-43944-MCV; Jorge Enrique Salinas v R & B Express, Inc.; Mario Aroldo Solares, and James Preston Davis; In the 293rd Judicial District of Maverick County, Texas.[2]

2. The Judicial District of Maverick County, Texas issued citations, and Defendant Mario Aroldo Solares was served on October 31, 2024.[3]

3. Defendant is filing this Notice of Removal within 30 days of receipt of Plaintiffs'

---

[1] Exhibit C, Plaintiff's Original Petition.
[2] Exhibit C, Plaintiff's Original Petition.
[3] Exhibit D, Return of Service.

1

Original Petition and prior to filing an Original Answer.[4]

4. All pleadings, process, orders, and other filings in the state court action accompany this notice. *See* 28 U.S.C. § 1446(a).

5. This Notice of Removal is being filed in the record office of the Clerk of the United States District Court for the Western District of Texas, Del Rio Division.

6. Defendant will promptly file a copy of this Notice of Removal with the 293rd Judicial District of Maverick County, Texas.[5]

## BACKGROUND

7. This case arises out of a motor vehicle accident that occurred in Maverick County, Texas on June 20, 2024. The drivers involved in the accident are Plaintiff and Defendant Solares and Co-Defendant Davis. Plaintiff claims he has suffered personal injuries as a result of the alleged negligence of Defendants.

8. Plaintiff is an individual who currently resides in Maverick County and is a citizen of the State of Texas.[6]

9. Defendant R & B Express, Inc is a foreign corporation with its principal place of business located in the State of California.[7] Because R & B Express, Inc.'s headquarters and principal place of business is in California, R & B Express, Inc is a citizen of the State of California for purposes of diversity jurisdiction.[8]

10. Defendant Mario Aroldo Solares is an individual who is a resident of California and is a citizen of the State of California.[9]

11. Defendant James Preston Davis is an individual who is a resident of Alabama and

---

[4] Exhibit B – Register of Actions.
[5] Exhibit A - Defendant's Notice of Removal (State Court).
[6] Exhibit C, Plaintiff's Original Petition.
[7] Exhibit C, Plaintiff's Original Petition.
[8] *Id.*
[9] Exhibit C, Plaintiff's Original Petition.

is a citizen of the State of Alabama as alleged in Plaintiff's Petition, which Defendant does not dispute for the purposes of the Court's exercise of diversity jurisdiction.[10]

## BASIS FOR ORIGINAL FEDERAL COURT JURISDICTION

12. Plaintiff demands judgment in an amount over $250,000.00. Plaintiff and the served Defendants in this matter are citizens of different States. There is complete diversity amongst the parties. The district courts therefore have jurisdiction of this matter according to 28 U.S.C § 1441(b)(2).

## PROPRIETY OF REMOVAL

13. Defendant was served with Plaintiffs' Petition on or around October 31, 2024. This Notice of Removal is timely because it is filed within thirty (30) days of Defendants' receipt of Plaintiffs' Original Petition, in accordance with 28 U.S.C § 1446(b).

14. On information and belief, Defendant R & B Express, Inc. and James Preston Davis have not been served with citation so consent to removal is unnecessary. 28 U.S.C. § 1446(b)(2)(A).

15. This court has original jurisdiction of this matter under 28 U.S.C. § 1332(a).

16. Except as otherwise expressly provided by an Act of Congress, any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed to the district court of the United States for the district and division embracing the venue where the state court action was pending. *See* 28 U.S.C § 1446(a). The state court action that is the subject of this notice of removal is pending in Maverick County, Texas, which is found in the Western District of Texas, Del Rio Division. Therefore, venue of this removed action is proper in this Court and Division.

17. Removal is not barred by 28 U.S.C. § 1445. No Defendant is a citizen of the State

---

[10] Exhibit C, Plaintiff's Original Petition.

of Texas, so removal is not prohibited by 28 U.S.C. § 1441(b).

18. Pursuant to 28 U.S.C § 1446(a) and Rule 81 of the Federal Rules of Civil Procedure, Defendant has attached hereto:

    a. A List of all parties in the case, their party type, and the current status of the removed case;[11]

    b. A civil cover sheet and copy of the state court docket sheet; a copy of all pleadings that assert causes of action; all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court (if any);

    c. A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number, and part or parties represented by him or her;[12]

    d. A record of which parties have requested trial by jury; and[13]

    e. The name and address of the Court from which the case is being removed.

## REQUEST FOR HEARING AND JURISDICTIONAL DISCOVERY

19. If Plaintiffs contest this removal, Defendant requests:

    a. A hearing regarding this Court's jurisdiction over, and the propriety of removal of this matter;

    b. The opportunity to present evidence demonstrating the existence of federal jurisdiction and the propriety of removal; and

    c. Leave to conduct limited discovery related to those issues.

## JURY DEMAND

20. Defendant demands a jury trial.

WHEREFORE, PREMISES CONSIDERED, Defendant Solares, hereby removes the above captioned action from the 293rd Judicial District Court of Maverick County, Texas to the United States District Court for the Western District of Texas, Del Rio Division.

---

[11] Exhibit E - List of Counsel of Record
[12] Exhibit E - List of Counsel of Record
[13] Exhibit E - List of Counsel of Record & Exhibit G – Civil Cover Sheet.

Respectfully submitted,

*/s/ Erik Veliz*
JUAN R. FUENTES
State Bar No. 24005405
ERIK VELIZ
State Bar No. 24104923
**The Fuentes Firm, P.C.**
5507 Louetta Road, Suite A
Spring, Texas 77379
Telephone: (281) 378-7640
eriksteam@fuentesfirm.com
**ATTORNEYS FOR DEFENDANT**
**MARIO ARNOLDO SOLARES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Notice of Removal was served upon counsel of record in compliance with the Federal Rules of Civil Procedure by electronic service, certified mail, return receipt requested, telephonic communications, hand delivery and/or U.S. Mail on November 14, 2024.

*/s/ Erik Veliz*
ERIK VELIZ

5