FILED
SEP 18 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| JORGE ENRIQUE SALINAS, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> R & B EXPRESS, INC., MARIO § <br> AROLDO SOLARES, and JAMES § <br> PRESTON DAVIS, § <br> Defendants. § | Cause No. DR-24-CV-108-AM |

## ORDER

On August 7, 2025, the parties in the above-styled case filed a Stipulation of Dismissal [ECF No. 16], complying with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE **ORDERED** that all claims in this suit be **DISMISSED WITH PREJUDICE** and in the manner set forth in the Stipulation of Dismissal. (ECF No. 16.)

IT IS FURTHER **ORDERED** that a clerk's judgment immediately be issued terminating this case.

SIGNED and ENTERED on this 18th day of September 2025.

_____
ALIA MOSES
Chief United States District Judge