AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**

September 18, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ CR
DEPUTY

JORGE ENRIQUE SALINAS,
Plaintiff,

v.

R & B EXPRESS, INC., ET AL,
Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:    DR-24-CV-0108 AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That all claims in this suit be DISMISSED WITH PREJUDICE and in the manner set forth in the Stipulation of Dismissal. (ECF No. 16.)

September 18, 2025

*Date*

Philip J. Devlin

*Clerk*

C. R

*(By) Deputy Clerk*